

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

## AP-75,882

### EX PARTE ALBERT LAWRENCE EHRET, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 50,187-E IN THE 108TH DISTRICT COURT
### FROM POTTER COUNTY

*Per curiam.*

### O P I N I O N

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of possession of marihuana and sentenced to ten years' imprisonment and a ten thousand dollar fine. The Seventh Court of Appeals affirmed his conviction. *Ehret v. State*, No. 07-05-201-CR (Tex. App.–Amarillo, delivered June 1, 2006).

Applicant contends that his appellate counsel rendered ineffective assistance because counsel failed to timely notify Applicant that his conviction had been affirmed and failed to inform him of

his right to file a *pro se* petition for discretionary review.

Appellate counsel filed an affidavit with the trial court. Based on that affidavit, we find that Applicant is entitled to the opportunity to file an out-of-time petition for discretionary review of the judgment of the Seventh Court of Appeals in Cause No. 07-05-201-CR that affirmed his conviction in Case No. 50,187-E from the 108th Judicial District Court of Potter County. *Ex parte Wilson*, 956 S.W.2d 25 (Tex. Crim. App. 1997). Applicant shall file his petition for discretionary review with the Seventh Court of Appeals within 30 days of the date on which this Court's mandate issues.

Delivered: April 2, 2008
Do not publish